Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000560
08-DEC-2017
10:19 AM

NO. CAAP-17-0000560

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE MATTER OF
UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,
Complainant-Appellant-Appellant
v.
COUNTY OF MAUI; ALAN ARAKAWA, MAYOR,
COUNTY OF MAUI AND THOMAS KOLBE, DEPUTY CORPORATION COUNSEL,
OFFICE OF THE CORPORATION COUNSEL; COUNTY OF MAUI,
Respondents-Appellees-Appellees
and
HAWAII LABOR RELATIONS BOARD, KERRY KOMATSUBARA,
SESNITA A.D. MOEPONO, and J N. MUSTO (2016-025),
Agency-Appellees-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 16-1-1952)

ORDER APPROVING THE NOVEMBER 14, 2017
STIPULATION TO DISMISS APPEAL
(By: Nakamura, Chief Judge, Fujise, and Chan, JJ.)

Upon consideration of the Stipulation for Withdrawal
and Dismissal of Appeal, filed November 14, 2017, by Complainant-
Appellant-Appellant United Public Workers, AFSCME, Local 646,
AFL-CIO, the papers in support, and the record, it appears that
(1) the appeal was docketed on September 13, 2017; (2) pursuant
to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties

stipulate to dismiss the appeal without prejudice and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved in part, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, December 8, 2017.

Chief Judge

Associate Judge

Associate Judge